# CHULSKY ♦ KAPLAN, LLC

**ATTORNEYS AT LAW**

**Glen H. Chulsky** NJ
**Ben A. Kaplan** NJ, NY, DC
**Dennis M. Kessler** NJ

280 Prospect Avenue, 6G
Hackensack, NJ  07601
Voice: (877) 827-3395
Fax:    (877) 827-3394

November 10, 2020

The Honorable Madeline Cox Arleo
U.S. District Judge
United States District Court for the District of New Jersey
Newark, NJ 07101

Re:   **Shorter v. Midland Credit Management, Inc.**
      **2:20-cv-12497-MCA-LDW**

Dear Judge Arleo,

I represent the Plaintiff in the above-referenced matter.

I am pleased to report that the Plaintiff and Defendant have reached an amicable resolution in this matter and in accordance with Local Civ. R. 41.1(b) am notifying the Court.

The parties request that the Court enter a 60 day administrative order terminating the case and any other pending motions, conferences or other activities.

Respectfully submitted,

*/s Ben A. Kaplan*
Ben A. Kaplan, Esq.

cc:   All Counsel of Record (via ECF)